AUDREY STRAUSS
United States Attorney for the
Southern District of New York
By:  TALIA KRAEMER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone:  (212) 637-2822
Facsimile: (212) 637-2702
Email:  talia.kraemer@usdoj.gov

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF: <br><br> JOHN DOES, United States taxpayers who, at any time during the years ended December 31, 2013, through December 31, 2020, used the services of Panama Offshore Legal Services, including its predecessors, subsidiaries, and associates, to establish, maintain, operate, or control any foreign financial account or other asset; any foreign corporation, company, trust, foundation or other legal entity; or any foreign or domestic financial account or other asset in the name of such foreign entity. | Case No. 21 Misc. 424 <br><br> **NOTICE OF FILING OF EX PARTE PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONSES** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting Declaration of Katy Fuentes, the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, has filed this *ex parte* petition pursuant to Section 7609(f) of the Internal Revenue Code, 26 U.S.C. § 7609(f), for leave to serve Internal Revenue Service "John Doe" summonses (collectively, the "Summonses") upon Federal Express Corporation a/k/a FedEx Express; Fed Ex Ground Package System, Inc. a/k/a FedEx Ground; DHL Express (USA), Inc.; United Parcel Service, Inc.; the Federal Reserve Bank of New York; The Clearing House Payments Company LLC; HSBC Bank USA, N.A.; Citibank, N.A.; Wells Fargo Bank, N.A.; and Bank of America, N.A.  The Court's determination on the

United States' petition "shall be made ex parte and shall be made solely on the petition and supporting affidavits." 26 U.S.C. § 7609(h)(2). Because the pleadings filed in this proceeding will not be served upon any person or entity and no other filings are permitted from other persons or entities, this petition is ripe for the Court's consideration. The United States respectfully requests that the Court review its petition and supporting documents and enter the proposed Order at the Court's earliest opportunity.

Dated: New York, New York
      May 4, 2021

                                Respectfully submitted,

                                AUDREY STRAUSS
                                United States Attorney for the
                                Southern District of New York

By:   /s/ Talia Kraemer
       TALIA KRAEMER
       Assistant United States Attorney
       Tel.:   (212) 637-2822
       Fax:   (212) 637-2702
       E-mail: talia.kraemer@usdoj.gov