Panama Offshore Legal Services John Doe summons
Declaration of Katy Fuentes

# EXHIBIT 4b

arch...                    Why Go Offshore?  |  Why Panama?  |  Why Us?  |  Blog  |  Resources  |  Contact Us

**shore Corporations**

nplete Panama Corporation Kit w/
ional Nominee Directors & Offshore
kerage Account Assistance
m **$1000** + **$300** Tax + Shipping

**Offshore Foundations**

Complete Panama Foundation Kit With
Optional Nominee Council & Offshore
Brokerage Account Assistance
From **$1000** + **$400** Tax + Shipping

**Corporation & Foundation Kit**

Panama Corporation, Foundation, Bank
& Brokerage Accounts Set Up Assist.,
Mail Forwarding, Optional Nominee
Directors
From **$2500** + **$700** Tax + Shipping

**Offshore Banking**

Offshore Bank Account Setup Assist
Online Banking, Debit/Credit Card
Panama, Antigua, Belize, Switzerlan
Intro & Processing Fee From **$700**

**shore Services**

- Home
- ee Schedule
- Offshore Corporations
- Offshore Foundations
- Offshore Bank Accounts
- anama Immigration &
- Visas
- anama Relocation
- anama Business
- nformation
- anama Credit Unions
- Offshore Merchant
- ccounts
- nvest in Panama &
- Offshore
- anama Mail Forwarding
- anama Maritime Law
- anama Real Estate
- anama Licenses
- anama Insurance
- anama Health Care
- anama Taxes
- log
- anama Legal Resource
- lub
- AQs
- inks
- ewsletter
- eferral Programs

# Contact Us

Your Name (required):

Your Email (required):

Subject:

Your Message:

Security Code:

L 9 MB

Send

**Contact Information**
Tel (Panama): ++ (507) 227 – 6645
Fax (Panama): ++ (507) 227 – 7485
**Toll Free Voicemail / Fax (USA):** 1-800-716-3452
**Note: If calling to Panama from the US or Canada, you must dial "011" prior to the country code (507).**
**Skype Contact:** polspanama

**Corporation Name Searc**

search...

◉ Corporation  ○ Foundation

Speak With a
**Representative**
++(**507**)227-6645

**Work hours: M-F, 8am-5pm**
Panama:   (**507**) 227-664
USA:      (**239**) 206-195
Canada:   (**226**) 482-600
UK:    44 (**20**) 337-1910
Spain:    (**34**) 91829522
France:   (**33**) 17663324

**After hours + Sat & Sun**
USA:      (**347**) 709-992
UK:    44 (**20**) 8133-404

**Fax / Voice Mail**
Panama:   (**507**) 227-748
USA:      (**800**) 716-345

**FREE EBooks**
Browse our library of
FREE Panama EBooks.

BROWSE EBOOKS

**Ask The Expert!**
Free asset protection
plan consultation

ASK QUESTION

**Newsletter**
Sign up free & receive the
latest news on Asset
Protection

SIGN-UP

Download Forms

**Encrypted Email:** posinc@hushmail.com
**Physical Address:**

POLS Attorneys
PH SL55 Building, 31st Floor, Ave. Samuel Lewis & Calle 55
Obarrio, Panamá City, Panamá



**PO Box Address: Miami P.O. Box (Non-urgent documents only):**
POLS
PTY 4707
PO Box 025724
Miami, FL 33102-5724
U.S.A.

**Miami Courier Address:**
POLS
PTY 4707
2250 NW 114th Ave Unit 1P
Miami, FL 33192-4177
U.S.A.

**Panama P.O. Box (Non-urgent documents only, recommended for local Panama mail only):**
POLS
Suite #4707
Apartado 0843-03073
Balboa Ancon, Republic of Panama

**Order Now!**
Secure encrypted online ordering is easy & fast!

ORDER

**Referral Program**
Earn money through our referral program

LEARN MORE



**Follow Us**

G+ Follow   186

Follow   1,598

**Follow**